UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES CLINTON FAIRCLOTH, JR.,<br><br>                    Petitioner,<br><br>  v.<br><br>STATE OF WASHINGTON,<br><br>                    Respondent. | No. C11-5895 RBL/KLS<br><br>ORDER DIRECTING SUBSTITUTION OF PARTY |

Mr. Faircloth has filed a petition for writ of habeas corpus naming the State of Washington as Respondent. ECF No. 7. The proper respondent to a habeas petition is the "person who has custody over [the petitioner]." 28 U.S.C. § 2242; see also § 2243; *Brittingham v. United States*, 982 F.2d 378 (9th Cir. 1992); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). According to his petition, Mr. Faircloth is currently confined at the Stafford Creek Corrections Center in Aberdeen, Washington. The Superintendent of the Stafford Creek Corrections Center is Patrick R. Glebe.

Accordingly, the Clerk of Court is directed to substitute Patrick R. Glebe as the Respondent in this action. The Clerk shall send copies of this Order to Petitioner and counsel for Respondent.

DATED this 20th day of December, 2011.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1