UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES CLINTON FAIRCLOTH, JR.,

                Petitioner,

   v.

PATRICK R. GLEBE,

                Respondent.

No. C11-5895 RBL/KLS

ORDER DENYING MOTION FOR THE APPOINTMENT OF COUNSEL

This 28 U.S.C. § 2254 petition has been assigned to United States Magistrate Judge Karen L. Strombom pursuant to 28 U.S. C. § 636(b)(1) and Local MJR 3 and 4. Petitioner has filed a motion for the appointment of counsel. ECF No. 9. Petitioner states that he is unable to afford counsel, that his imprisonment will greatly limit his ability to litigate, that the issues in this case are complex, he has limited access to the law library, and that he has limited legal knowledge. *Id*.

There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, because the action is civil, not criminal, in nature. See *Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts. In addition, if a claim has been adjudicated on the merits by a state court, a federal habeas petitioner must overcome the limitation of § 2254(d)(1) on the record that was before the state court." *Cullen v. Pinholster*, --- U.S. ---, 131 S.Ct. 1388, 1399 (2011).

ORDER DENYING MOTION FOR COUNSEL - 1

Therefore, Petitioner's request for federal habeas relief must be determined solely on the basis of the record that was before the state court.

In addition, an evidentiary hearing has not been granted in this case and the claims in the petition are adequately set forth and articulated. The court has not yet determined that an evidentiary hearing is necessary. Therefore, Petitioner's request for counsel shall be denied at this time.

Accordingly, it is **ORDERED**:

(1) Petitioner's motion for counsel (ECF No. 9) is **DENIED**.

(2) The Clerk is directed to send copies of this Order to Petitioner.

DATED this  3rd  day of January, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER DENYING MOTION FOR COUNSEL - 2