UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES CLINTON FAIRCLOTH, JR., <br><br> Petitioner, <br><br> v. <br><br> PATRICK R. GLEBE, <br><br> Respondent. | No. C11-5895 RBL/KLS <br><br> ORDER DENYING EXTENSION OF TIME |

Before the Court is Petitioner's motion for extension of time to file his petition for writ of habeas corpus. ECF No. 10. On October 31, 2011, Petitioner James Clinton Faircloth filed a Motion for Extension of Time to File a § 2254 Petition, requesting ninety days to file his petition. ECF No. 1. At that time, Mr. Faircloth had not paid the $5.00 filing fee or filed an application to proceed in forma pauperis (IFP) or filed a petition for writ of habeas corpus. On November 4, 2011, the Clerk of Court sent to Petitioner the forms needed to file a petition for writ of habeas corpus and application to proceed IFP, and a Prisoner Litigation Manual. ECF No. 2. The Court denied the motion for extension of time and ordered Mr. Faircloth to pay the $5.00 filing fee or submit an application to proceed IFP and file his petition for writ of habeas corpus on the forms provided on or before December 7, 2011.

On December 7, 2011[1], Mr. Faircloth filed his petition for writ of habeas corpus and affidavit in support of petition. ECF No. 5. Mr. Faircloth also filed a motion for a ninety day extension of time, until March 7, 2011, to file his petition for writ of habeas corpus. Mr.

---

[1] The petition was filed by the Clerk on December 9, 2011 but the Petition is deemed filed on the date it is signed by the Petitioner.

ORDER - 1

Faircloth claims that because he is incarcerated, he does not believe "in good faith" that he can make the Court's deadline of December 7, 2011.  ECF No. 10.

Mr. Faircloth's petition and affidavit are already filed.  Therefore, it appears he has already met the Court's deadline.  The petition and affidavit will be served on the Respondent.  Within forty-five (45) days after such service, the Respondent will file and serve an answer in accordance with Rule 5 of the Rules Governing § 2254 Cases in United States District Courts which will include relevant portions of the state court record.  As part of such answer, Respondent will address whether Petitioner has exhausted available state remedies, whether an evidentiary hearing is necessary, and whether there is any issue of abuse of delay under Rule 9.  Upon receipt of the answer, the Clerk will note the matter for consideration on the fourth Friday after the answer is filed.  Mr. Faircloth will then have an opportunity to file and serve a response not later than on the Monday immediately preceding the Friday appointed for consideration of the matter, and Respondent may file and serve a reply brief not later than the Friday designated for consideration of the matter.

Accordingly, it is **ORDERED**:

(1)     Petitioner's motion for an extension of time (ECF No. 10) is **DENIED**.

(2)     The Clerk is directed to send copies of this Order to Petitioner.

DATED this  3rd  day of January, 2012.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2