UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES CLINTON FAIRCLOTH, JR.

                 Petitioner,

v.

PATRICK R. GLEBE,

                 Respondent.

No. C11-5895 RBL/KLS

**REPORT AND RECOMMENDATION**
**Noted for: May 4, 2012**

Pro se Petitioner James Clinton Faircloth filed a 28 U.S.C. § 2254 habeas petition on December 20, 2011. ECF No. 8. On March 9, 2012, Respondent filed a motion to dismiss the petition without prejudice for failure to state a claim. ECF No. 20. The motion to dismiss is based on Mr. Faircloth's failure to present any discrete claims in his petition. *Id.* On March 30, 2012, Mr. Faircloth filed a Motion for Extension of Time to file his response to the Respondent's motion to dismiss. ECF No. 22.

On April 4, 2012, Mr. Faircloth filed a Motion for Voluntary Dismissal. ECF No. 23. He claims that he has "newly discovered evidence resulting in his unexhaustion of his federal claims in the state courts." ECF No. 23, at 1. Respondent does not object to the request for voluntary dismissal subject to Mr. Faircloth filing a new habeas petition in the future, but expressly reserves his right to assert that Mr. Faircloth's initial habeas petition was untimely filed under 28 U.S.C. § 2844(d) and/or that his habeas claims were not properly exhausted in the Washington State courts. ECF No. 24.

REPORT AND RECOMMENDATION - 1

**CONCLUSION**

Based on the foregoing, the undersigned recommends that Mr. Faircloth's Motion for Voluntary Dismissal (ECF No. 23) be **GRANTED** and his Motion for Extension of Time (ECF No. 22) be **DENIED as moot.**

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report and Recommendation to file written objections. See also Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474 U.S. 140 (1985). Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **May 4, 2012**, as noted in the caption.

**DATED** this   13th   day of April, 2012.

Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2