UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES CLINTON FAIRCLOTH, JR., <br><br> Petitioner, <br><br> v. <br><br> PATRICK R. GLEBE, <br><br> Respondent. | No. C11-5895 RBL/KLS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's Motion for Voluntary Dismissal (ECF NO. 23) is **GRANTED** and the petition for writ of habeas corpus (ECF No. 8) is **dismissed without prejudice.** Petitioner's Motion for Extension of Time (ECF No. 22) is **DENIED as moot.**

(3) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

**DATED** this 15th day of May, 2012.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1